STEVEN P. KRAKOWSKY
ATTORNEY AT LAW
10350 Santa Monica Boulevard
Suite 350
Los Angeles, California 90025
(310)552-7525
(310)552-7552 (fax)
State Bar No. 94047

Attorney for plaintiff
BREAKDOWN SERVICES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKDOWN SERVICES, LTD., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WESTON GROUP, LLC, a Vermont limited liability company, doing business as THE ACTOR CLUB; KEITH SPIEGEL, an individual; GEOFF MOULTON, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV08-05661CBM(JTLx)<br><br>JUDGMENT FOR PERMANENT INJUNCTION.<br><br><br><br><br><br><br><br><br><br>CASE ASSIGNED TO:<br>HON. CONSUELO B. MARSHALL |

-1-

JUDGMENT FOR PERMANENT INJUNCTION

In accordance with the written Stipulation for Issuance of Judgment for Permanent Injunction between plaintiff Breakdown Services, Ltd. ("Breakdown Services") and defendants Weston Group, LLC, a Vermont limited liability company, doing business as The Actor Club ("Actor Club"), and Keith Spiegel, an individual ("Spiegel"), and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Defendants Actor Club and Spiegel, and their respective employees, agents, representatives and servants, and all persons acting in concert or participating with Actor Club and Spiegel, are permanently enjoined and restrained from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, the infringement of materials copyrighted by plaintiff Breakdown Services, Ltd.

2. Defendants Actor Club and Spiegel, and their, employees, agents, representatives and servants, and all persons acting in concert or participating with Actor Club and Spiegel, are permanently enjoined and restrained from becoming a member of Breakdown Services, Actors Access or Showfax.

3. Actor Club and Spiegel shall pay to Breakdown Services the sum of $7,500.00 in monthly installments of $250.00, commencing on October 15, 2008. The unpaid balance shall bear simple interest at the rate of ten percent per annum until paid in full. In the event that Actor Club and Spiegel fail to make a payment when due, Breakdown Services shall provide written notice of default to Actor Club and Spiegel, by email. Actor Club and Spiegel shall have 24 hours in which to cure said default. In the event that the 24-hour period during which Actor Club and

Spiegel can cure is on a day that financial institutions are closed, they will have an additional 24 hours to cure. If Actor Club and Spiegel fail to cure within the 24-hour period, the entire remaining unpaid balance, including interest, becomes due immediately.

4. Except as expressly provided herein, each party shall bear its own attorney's fees and costs incurred through the date of entry of the Stipulated Judgment for Permanent Injunction. In any proceeding following entry of the Stipulated Judgment for Permanent Injunction to determine whether defendant Actor Club and/or Spiegel has violated any term of the Stipulated Judgment for Permanent Injunction, the prevailing party shall recover its reasonable attorney's fees and costs incurred therein.

The Clerk is directed to enter this Judgment forthwith.

DATED: 12/5, 2008

_____
HON. CONSUELO B. MARSHALL
United States District Court
for the Central District of
California